

# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| GILBERT MEDICAL BUILDING LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, NICHOLAS LEE BEST, and THE INSURANCE CENTER AGENCY INC., | ) ) ) ) ) |
| Defendants. | ) |

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUL 3 0 2020

RICK WARREN
COURT CLERK

CJ-2020-3532

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    S. Alex Yaffe and David L. Teasdale enter our appearance as counsel in this case for the Plaintiff.

    We certify that we are admitted to practice in this Court.

7-30-2020
DATE

S. ALEX YAFFE, OBA#21063
DAVID L. TEASDALE, OBA#30307
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK  73189
Telephone: (405) 632-6668
Facsimile: (405) 632-3036
ay@fylaw.com
david@fylaw.com