

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

AUG 19 2020

RICK WARREN
COURT CLERK

34_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| GILBERT MEDICAL BUILDING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, NICHOLAS LEE BEST, and THE INSURANCE CENTER AGENCY INC., | ) ) ) ) ) | CJ-2020-3532 |
| | ) | |
| Defendants. | ) | |

## SUMMONS

To the above named Defendant:   Travelers Casualty Insurance Company of America
c/o Oklahoma Insurance Department
Five Corporate Plaza
3625 N.W. 56TH Street, Suite 100
Oklahoma City, OK 73112

You have been sued by the above-named Plaintiff, and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff(s).

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

ISSUED this 30 day of July, 2020.

RICK WARREN, Court Clerk
COURT CLERK,

_____
Deputy Court Clerk

(Seal)
Attorney for Plaintiff(s):
Name   S. ALEX YAFFE, OBA #21063
         DAVID L. TEASDALE, OBA #30307
Address:  P.O. Box 890420
          Oklahoma City, OK 73189
Telephone: (405) 632-6668
    This Summons was served/mailed on August 17, 2020.

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

## RETURN OF SERVICE BY SHERIFF (PERSONAL SERVICE)

I certify that I received the foregoing Summons on the_____day of _____, 20__, and that I delivered a copy of said Summons with a copy of the Petition to each of the following named Defendant(s) personally in_____County at the address and on the date set forth opposite each name, to-wit:

| NAME OF DEFENDANT | ADDRESS | DATE OF SERVICE |
|---|---|---|
| _____ | _____ | _____ |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing Summons on this_____day of _____, 20____. I served_____by leaving a copy of said Summons with a copy of the Petition attached at _____ which is his/her usual place of residence with_____, a member of his/her family fifteen (15) years of age or older.

### CORPORATION RETURN

Received this Summons this_____day of_____, 20___, and as commanded therein, I Summoned the within_____ named Defendant, as follows, to-wit:_____, a corporation, on the_____day of_____, 20__, by delivering a true and correct copy of the Petition to_____, being the _____of said Corporation, and the_____, President, Vice-President, Secretary, Treasurer or other chief officer not being found in said County.

### NOT FOUND

Received this Summons this_____day of_____, 20___, I certify that the following persons of the Defendant_____within named not found in County:_____.

### FEES

Fee for service $_____. Mileage_____. Total_____. Dated this_____day of_____, 20____.

_____, Sheriff

By:_____, Deputy

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing Summons with a copy of the Petition attached to the following named Defendant(s) at the addresses shown by certified mail, addressee only, return receipt requested on this 7th day of August, 20 20, and receipt thereof on the date shown.

| DEFENDANT | ADDRESS WHERE SERVED | DATE RECEIPTED |
|---|---|---|
| Travelers? | 3625 NW 56th St. Ste 100 OKC, OK 73112 | August 17, 2020 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)     C. Date of Delivery<br>RECEIVED |
| 1. Article Addressed to:<br><br>Travelers Casualty Insurance Company of America<br>c/o Oklahoma Insurance Department<br>Five Corporate Plaza<br>3625 N.W. 56th Street, Suite 100<br>Oklahoma City, OK 73112 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>AUG 17 2020<br><br>OKLAHOMA INSURANCE DEPT. |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3972 8079 3621 70 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 2. Article Number *(Transfer from service label)*<br>7015 0640 0002 6307 8542 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70150640000263078542

Remove X

Your item was delivered to the front desk, reception area, or mail room at 10:30 am on August 17, 2020 in OKLAHOMA CITY, OK 73105.

## ✓ Delivered

August 17, 2020 at 10:30 am
Delivered, Front Desk/Reception/Mail Room
OKLAHOMA CITY, OK 73105

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

August 17, 2020, 10:30 am
Delivered, Front Desk/Reception/Mail Room
OKLAHOMA CITY, OK 73105
Your item was delivered to the front desk, reception area, or mail room at 10:30 am on August 17, 2020 in OKLAHOMA CITY, OK 73105.

August 15, 2020, 9:55 am
Delivery Attempted - No Access to Delivery Location
OKLAHOMA CITY, OK 73105

August 15, 2020, 3:43 am
Departed USPS Regional Facility
OKLAHOMA CITY OK DISTRIBUTION CENTER

August 14, 2020
In Transit to Next Facility

August 7, 2020, 9:04 pm
Arrived at USPS Regional Facility
OKLAHOMA CITY OK DISTRIBUTION CENTER

**Product Information** 

See Less ∧

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**