# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GILBERT MEDICAL BUILDING LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, NICHOLAS LEE BEST, and THE INSURANCE CENTER AGENCY INC.,<br><br>Defendants. | Case No. 20-cv-00896-R |

## SUPPLEMENT TO NOTICE OF REMOVAL

COMES NOW the Defendant, Travelers Casualty Insurance Company of America, and hereby submits a supplement to its Notice of Removal [Dkt. 1]. Through inadvertence and mistake, Defendant's Notice of Removal [Dkt. 1] contained an incorrect Exhibit 1 which has been submitted as Exhibit 1 to this supplement.

1

Respectfully submitted,

**TAYLOR, FOSTER, MALLETT, DOWNS,
 RAMSEY & RUSSELL**

s/Jacob R. Daniel
STRATTON TAYLOR, OBA #10142
staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
ddowns@soonerlaw.com
JACOB R. DANIEL, OBA #32760
jdaniel@soonerlaw.com
MARK H. RAMSEY, OBA #11159
mramsey@soonerlaw.com
400 West Fourth Street
Post Office Box 309
Claremore, Oklahoma 74018-0309
Telephone:   918-343-4100
Facsimile:    918-343-4900
*Attorneys for Defendant, Travelers
Casualty Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

    David Teasdale
    S Alex Yaffe

    s/Jacob R. Daniel