## A & S Commercial Roofing and Contracting

3332 Stonybrook Court
Oklahoma City, OK 73120

Client:    Gilbert Medical Building
Property:  7530 23rd Street
           Bethany , OK 73008

Operator:  JONATHAN

Estimator:  Josh Whitekiller                          Business:   (405) 740-2137

Type of Estimate:  Hail
Date Entered:  3/10/2020                    Date Assigned:

Price List:  OKOC8X_MAR20
Labor Efficiency:  Restoration/Service/Remodel
Estimate:  GILBERTMEDICAL-1

## A & S Commercial Roofing and Contracting

3332 Stonybrook Court
Oklahoma City, OK 73120

### GILBERTMEDICAL-1

#### Modified Roof

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1.  R&R Modified bitumen roof | 83.10 SQ | 39.27 | 348.34 | 689.57 | 6,580.00 | 39,479.96 |
| 2.  Tear off, haul and dispose of modified bitumen roofing | 83.10 SQ | 39.27 | 0.00 | 0.00 | 652.66 | 3,916.00 |
| Allowed for second layer of modified roof. | | | | | | |
| 3.  R&R Light weight, gypsum concrete - 1 1/2" thick | 8,309.91 SF | 2.53 | 4.26 | 2,293.53 | 11,743.56 | 70,461.38 |
| 4.  R&R Fiberboard - 1/2" | 8,309.91 SF | 0.35 | 0.83 | 186.35 | 1,998.42 | 11,990.47 |
| 5.  R&R 2" x 6" lumber - treated (1 BF per LF) | 462.65 LF | 0.47 | 2.45 | 37.51 | 277.70 | 1,666.15 |
| 6.  Insulation - ISO board, 3 1/2" | 83.10 SQ | 0.00 | 370.83 | 1,172.51 | 6,397.70 | 38,386.18 |
| **Allowed for code requirements.** | | | | | | |
| 7.  R&R Flashing - pipe jack - lead | 12.00 EA | 5.40 | 63.06 | 39.56 | 172.22 | 1,033.30 |
| 8.  R&R Rain cap - 4" to 5" | 2.00 EA | 3.84 | 29.37 | 2.68 | 13.82 | 82.92 |
| 9.  Roof drain cover - Detach & reset | 4.00 EA | 0.00 | 42.47 | 0.00 | 33.98 | 203.86 |
| 10.  R&R Gravel stop | 138.00 LF | 0.25 | 2.57 | 7.86 | 79.42 | 476.44 |
| 11.  Paint trim - one coat | 138.00 LF | 0.00 | 0.73 | 0.95 | 20.34 | 122.03 |
| 12.  R&R Flashing - L flashing - galvanized | 106.00 LF | 0.45 | 3.28 | 11.79 | 81.44 | 488.61 |
| 13.  R&R Steel wall coping - large | 68.00 LF | 0.45 | 16.59 | 66.39 | 245.02 | 1,470.13 |
| 14.  R&R Counterflashing - Apron flashing | 289.00 LF | 0.45 | 7.66 | 31.41 | 475.04 | 2,850.24 |
| 15.  Digital satellite system - Detach & reset | 1.00 EA | 0.00 | 26.11 | 0.00 | 5.22 | 31.33 |
| Totals:  Modified Roof | | | | 4,540.11 | 28,776.54 | 172,659.00 |

#### Spray Foam Roof

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 16.  Remove Modified bitumen roof | 66.23 SQ | 39.27 | 0.00 | 0.00 | 520.18 | 3,121.03 |
| 17.  Tear off, haul and dispose of 3 ply built-up roofing | 66.23 SQ | 43.29 | 0.00 | 0.00 | 573.42 | 3,440.52 |
| 18.  Tear off, haul and dispose of 3 ply built-up roofing | 66.23 SQ | 43.29 | 0.00 | 0.00 | 573.42 | 3,440.52 |
| Allowed for second layer of 3-ply roof. | | | | | | |
| 19.  R&R Light weight, gypsum concrete - 1 1/2" thick | 6,623.37 SF | 2.53 | 4.26 | 1,828.05 | 9,360.16 | 56,160.90 |
| 20.  R&R Fiberboard - 1/2" | 6,623.37 SF | 0.35 | 0.83 | 148.53 | 1,592.82 | 9,556.93 |

## A & S Commercial Roofing and Contracting

3332 Stonybrook Court
Oklahoma City, OK 73120

**CONTINUED - Spray Foam Roof**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 21.  Insulation - ISO board, 3" | 66.23 SQ | 0.00 | 316.20 | 771.28 | 4,342.64 | 26,055.85 |
| **Allowed for code requirements.** | | | | | | |
| 22.  R&R Sprayed Polyurethane Foam Roofing (SPF) | 6,623.37 SF | 0.58 | 6.77 | 1,742.36 | 10,084.84 | 60,508.96 |
| 23.  Silicone roof coating - Flat roof | 6,623.37 SF | 0.00 | 2.89 | 696.94 | 3,967.68 | 23,806.16 |
| Totals:  Spray Foam Roof | | | | 5,187.16 | 31,015.16 | 186,090.87 |

**Gravel Ballast**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 24.  R&R Built-up 4 ply roofing - in place | 96.26 SQ | 57.47 | 384.67 | 894.34 | 8,690.94 | 52,145.67 |
| 25.  R&R Built-up roofing - gravel ballast | 96.26 SQ | 46.01 | 39.36 | 112.08 | 1,665.96 | 9,995.75 |
| 26.  R&R Light weight, gypsum concrete - 1 1/2" thick | 96.26 SF | 2.53 | 4.26 | 26.57 | 136.04 | 816.22 |
| 27.  R&R Fiberboard - 1/2" | 96.26 SF | 0.35 | 0.83 | 2.16 | 23.16 | 138.91 |
| 28.  Insulation - ISO board, 3 1/2" | 96.26 SQ | 0.00 | 370.83 | 1,358.19 | 7,410.86 | 44,465.15 |
| **Allowed for code requirements.** | | | | | | |
| 29.  R&R 2" x 6" lumber - treated (1 BF per LF) | 416.00 LF | 0.47 | 2.45 | 33.73 | 249.68 | 1,498.13 |
| 30.  R&R Gravel stop | 416.00 LF | 0.25 | 2.57 | 23.68 | 239.36 | 1,436.16 |
| 31.  Paint trim - one coat | 416.00 LF | 0.00 | 0.73 | 2.87 | 61.32 | 367.87 |
| 32.  R&R Aluminum termination bar | 85.00 LF | 0.45 | 2.44 | 5.13 | 50.16 | 300.94 |
| 33.  R&R Counterflashing - Apron flashing | 85.00 LF | 0.45 | 7.66 | 9.24 | 139.72 | 838.31 |
| 34.  Roof drain cover - Detach & reset | 4.00 EA | 0.00 | 42.47 | 0.00 | 33.98 | 203.86 |
| 35.  R&R Skylight flashing kit - dome - Large | 3.00 EA | 5.76 | 119.88 | 26.80 | 80.74 | 484.46 |
| Totals:  Gravel Ballast | | | | 2,494.79 | 18,781.92 | 112,691.43 |

**Standing Seam**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 36.  R&R Fiberboard - 1/2" | 20.04 SF | 0.35 | 0.83 | 0.45 | 4.82 | 28.91 |
| 37.  Insulation - ISO board, 3 1/2" | 20.04 SQ | 0.00 | 370.83 | 282.76 | 1,542.84 | 9,257.03 |
| **Allowed for code requirements.** | | | | | | |

## A & S Commercial Roofing and Contracting

3332 Stonybrook Court
Oklahoma City, OK 73120

**CONTINUED - Standing Seam**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 38.  Ice & water barrier - High temp | 2,004.00 SF | 0.00 | 1.79 | 119.26 | 741.30 | 4,447.72 |
| 39.  R&R Metal roofing - High grade | 2,004.00 SF | 0.39 | 7.71 | 378.53 | 3,322.18 | 19,933.11 |
| 40.  R&R Eave trim for metal roofing - 26 gauge | 106.00 LF | 0.64 | 4.81 | 19.75 | 119.50 | 716.95 |
| 41.  R&R Flashing - L flashing - galvanized | 80.00 LF | 0.45 | 3.28 | 8.90 | 61.46 | 368.76 |
| 42.  R&R Counterflashing - Apron flashing | 80.00 LF | 0.45 | 7.66 | 8.69 | 131.50 | 788.99 |
| Totals:  Standing Seam | | | | 818.34 | 5,923.60 | 35,541.47 |

**Shed 1**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 43.  Tear off, haul and dispose of comp. shingles - 3 tab | 1.52 SQ | 42.54 | 0.00 | 0.00 | 12.94 | 77.60 |
| 44.  Roofing felt - 15 lb. | 1.52 SQ | 0.00 | 25.28 | 0.73 | 7.82 | 46.98 |
| 45.  3 tab - 25 yr. - comp. shingle roofing - w/out felt | 2.00 SQ | 0.00 | 172.27 | 13.82 | 71.66 | 430.02 |
| 46.  R&R Drip edge | 49.30 LF | 0.26 | 1.98 | 3.15 | 22.72 | 136.30 |
| 47.  Paint trim - one coat | 49.30 LF | 0.00 | 0.73 | 0.34 | 7.26 | 43.59 |
| Totals:  Shed 1 | | | | 18.04 | 122.40 | 734.49 |

**Shed 2**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 48.  Tear off, haul and dispose of comp. shingles - 3 tab | 1.52 SQ | 42.54 | 0.00 | 0.00 | 12.94 | 77.60 |
| 49.  Roofing felt - 15 lb. | 1.52 SQ | 0.00 | 25.28 | 0.73 | 7.82 | 46.98 |
| 50.  3 tab - 25 yr. - comp. shingle roofing - w/out felt | 2.00 SQ | 0.00 | 172.27 | 13.82 | 71.66 | 430.02 |
| 51.  R&R Drip edge | 49.30 LF | 0.26 | 1.98 | 3.15 | 22.72 | 136.30 |
| 52.  Paint trim - one coat | 49.30 LF | 0.00 | 0.73 | 0.34 | 7.26 | 43.59 |
| Totals:  Shed 2 | | | | 18.04 | 122.40 | 734.49 |

**Shed 3**

## A & S Commercial Roofing and Contracting

3332 Stonybrook Court
Oklahoma City, OK 73120

### CONTINUED - Shed 3

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 53.  Tear off, haul and dispose of comp. shingles - 3 tab | 1.52 SQ | 42.54 | 0.00 | 0.00 | 12.94 | 77.60 |
| 54.  Roofing felt - 15 lb. | 1.52 SQ | 0.00 | 25.28 | 0.73 | 7.82 | 46.98 |
| 55.  3 tab - 25 yr. - comp. shingle roofing - w/out felt | 2.00 SQ | 0.00 | 172.27 | 13.82 | 71.66 | 430.02 |
| 56.  R&R Drip edge | 49.30 LF | 0.26 | 1.98 | 3.15 | 22.72 | 136.30 |
| 57.  Paint trim - one coat | 49.30 LF | 0.00 | 0.73 | 0.34 | 7.26 | 43.59 |
| Totals:  Shed 3 | | | | 18.04 | 122.40 | 734.49 |

### General Conditions

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 58.  Commercial Supervision / Project Management - per hour | 160.00 HR | 0.00 | 60.01 | 0.00 | 1,920.32 | 11,521.92 |
| Allowing 20 hours per week for 8 weeks. | | | | | | |
| 59.  Telehandler/forklift (per month) - no operator | 2.00 MO | 0.00 | 3,063.00 | 0.00 | 1,225.20 | 7,351.20 |
| 60.  Equipment Operator - per hour | 320.00 HR | 0.00 | 46.38 | 0.00 | 2,968.32 | 17,809.92 |
| 40 hours per week for 8 weeks. | | | | | | |
| 61.  Temporary toilet (per month) | 2.00 MO | 0.00 | 154.36 | 0.00 | 61.74 | 370.46 |
| 62.  Temporary fencing - 1-4 months (per month) | 800.00 LF | 0.00 | 1.67 | 0.00 | 267.20 | 1,603.20 |
| 63.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 10.00 EA | 610.95 | 0.00 | 0.00 | 1,221.90 | 7,331.40 |
| Allowed for roof accessories, lightweight concrete and fiber board. | | | | | | |
| Totals:  General Conditions | | | | 0.00 | 7,664.68 | 45,988.10 |

### HVAC

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 64.  Heat, Vent, & Air Conditioning (Bid Item) - Executive Heating and Air | 1.00 EA | 0.00 | 275,400.00 | 0.00 | 55,080.00 | 330,480.00 |
| Bid to replace damaged rooftop units. | | | | | | |
| Totals:  HVAC | | | | 0.00 | 55,080.00 | 330,480.00 |

### Labor Minimums Applied

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

## A & S Commercial Roofing and Contracting

3332 Stonybrook Court
Oklahoma City, OK 73120

### CONTINUED - Labor Minimums Applied

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 65.  Skylight labor minimum | 1.00 EA | 0.00 | 62.81 | 0.00 | 12.56 | 75.37 |
| Totals:  Labor Minimums Applied | | | | 0.00 | 12.56 | 75.37 |
| **Line Item Totals: GILBERTMEDICAL-1** | | | | **13,094.52** | **147,621.66** | **885,729.71** |

## A & S Commercial Roofing and Contracting

3332 Stonybrook Court
Oklahoma City, OK 73120

### Summary for Building

| | |
|---|---:|
| Line Item Total | 725,013.53 |
| Material Sales Tax | 13,094.52 |
| Subtotal | 738,108.05 |
| Overhead | 73,810.83 |
| Profit | 73,810.83 |
| **Replacement Cost Value** | **$885,729.71** |
| **Net Claim** | **$885,729.71** |

_____

Josh Whitekiller

## A & S Commercial Roofing and Contracting

3332 Stonybrook Court
Oklahoma City, OK 73120

### Recap by Category

| O&P Items | Total | % |
|---|---|---|
| CONCRETE & ASPHALT | 64,025.85 | 7.23% |
| GENERAL DEMOLITION | 80,145.77 | 9.05% |
| HEAVY EQUIPMENT | 20,967.60 | 2.37% |
| FRAMING & ROUGH CARPENTRY | 2,152.69 | 0.24% |
| HEAT,  VENT & AIR CONDITIONING | 275,400.00 | 31.09% |
| LABOR ONLY | 9,601.60 | 1.08% |
| PAINTING | 512.39 | 0.06% |
| ROOFING | 269,012.34 | 30.37% |
| SIDING | 1,128.12 | 0.13% |
| TEMPORARY REPAIRS | 1,644.72 | 0.19% |
| WINDOWS - SKYLIGHTS | 422.45 | 0.05% |
| O&P Items Subtotal | 725,013.53 | 81.85% |
| Material Sales Tax | 13,094.52 | 1.48% |
| Overhead | 73,810.83 | 8.33% |
| Profit | 73,810.83 | 8.33% |
| Total | 885,729.71 | 100.00% |