# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GILBERT MEDICAL BUILDING LLC, and AKY MD GILBERT, LLC,<br><br>　　　　　　Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 20-cv-896-R |

## SUPPLEMENT TO TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

COMES NOW Defendant Travelers Casualty Insurance Company of America ("Travelers") and hereby provides this Supplement to Travelers' Motion to Dismiss [Dkt. # 13]. Defendant erroneously omitted Exhibit 1 from its Motion and it is attached hereto as Exhibit 1. *See* Assignment [Ex. 1].

1

Respectfully submitted,

**TAYLOR, FOSTER, MALLETT, DOWNS, RAMSEY & RUSSELL**

___s/Darrell W. Downs_____
STRATTON TAYLOR, OBA #10142
staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
ddowns@soonerlaw.com
MARK H. RAMSEY, OBA #11159
mramsey@soonerlaw.com
400 West Fourth Street
Post Office Box 309
Claremore, Oklahoma 74018-0309
Telephone:   918-343-4100
Facsimile:    918-343-4900
***Attorneys for Defendant, Travelers Casualty Insurance Company of America***

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

Raymond T. Cooper
S. Alex Yaffe
David L. Teasdale

s/Darrell W. Downs

2