

Whereas, Gilbert Medical Building LLC, (the "Assignor") filed an insurance claim with Travelers ("Insurance Company") for damages to the real property located at 7530 NW 23rd, Bethany, OK 73008 ("Premises").

The Assignor hereby grants, sells, transfers, conveys and assigns forever its rights to all insurance benefits related to the Premises to AKY MD Gilbert LLC, (the "Assignee"), the subsequent purchaser of the Premises. Assignor hereby directs the Insurance Company to remit payment of all benefits and proceeds, including depreciation to the Assignee. The assignor does hereby constitute and appoint the Assignee as its attorney-in-fact for the Assignor related to all insurance claims related to the Premises for the purpose of endorsing the name of the Assignor on any foregoing instruments.

This agreement is separate and distinct from any real estate purchase contract or deed entered into between the Assignor and Assignee.

Gilbert Medical Building LLC

_[signature: James B Gilbert]_    _24 Nov 19_
                                    Date