✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | OKLAHOMA |
|---|---|---|

| GILBERT MEDICAL BUILDING LLC | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| TRAVELERS CASUALTY | Case Number: Case No. 5:20-cv-00896-R |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge David Russel | Terry M. McKeever; Preston J. Dugas | Darrell Downs; Mark H. Ramsey |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| December, 2021 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/15/2021 | | | Policy for August 31, 2018 to August 31, 2019 |
| 2 | | 9/15/2021 | | | Duane Smith Inspection Photos, dated July 19, 2021 |
| 3 | | 9/15/2021 | | | Duane Smith Estimate of Damages |
| 4 | | 9/15/2021 | | | Weather Depictions and Doppler radar found in the Forensic Weather Report |
| 5 | | 9/15/2021 | | | Forensic Weather Consultants Report (only if Defendant's expert reports are admitted) |
| 6 | | 9/15/2021 | | | Traveler's Decision Letter, dated October 8, 2019 (TRV000168-000169) |
| 7 | | 9/15/2021 | | | A & S Commercial Roofing and Contracting Estimate, dated March 15, 2020 (TRV000350-000357) |
| 8 | | 9/15/2021 | | | Traveler's Claim Status Letter, dated April 28, 2021 (TRV000566) |
| 9 | | 9/15/2021 | | | Traveler's Adjuster Photos, dated April 2, 2020 (TRV000203-000343) |
| 10 | | 9/15/2021 | | | Traveler's Adjuster Photos (TRV000550-000565) |
| 11 | | 9/15/2021 | | | Traveler's Adjuster Estimate, dated October 4, 2019 (TRV000525-000533) |
| 12 | | 9/15/2021 | | | Traveler's Estimate, dated October 4, 2019 (TRV000496-000505) |
| 13 | | 9/15/2021 | | | Traveler's Estimate, dated April 8, 2021 |
| 14 | | 9/15/2021 | | | Executed AOB, dated November 26, 2019 (TRV000188) |
| 15 | | 9/15/2021 | | | Duane Smith's Expert Report (only if Defendant's expert reports are admitted) |
| 16 | | 9/15/2021 | | | Kelly Parker's Expert Report (only if Defendant's expert reports are admitted) |
| 17 | | 9/15/2021 | | | A to Z Commercial Inspection Report - inspection of subject property |
| | | | | | |
| | | | | | Witnesses Begin Here |
| | | 9/15/2021 | | | Josh Whitekiller, A & S Commercial Roofing and Contracting, knowledge of damages. |
| | | 9/15/2021 | | | Ken Smart, employee of Gilbert Medical Building LLC and has knowledge of damages. |
| | | 9/15/2021 | | | Alex Yaffe on behalf of AKY MD Gilbert, LLC, testyfying on the property and hail damage. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   2   Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| GILBERT MEDICAL BUILDING LLC | | vs. | TRAVELERS CASUALTY | | CASE NO. 5:20-cv-00896-R | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | 9/15/2021 | | | Kelly Parker, PE, expert on the cause of damage found to the subject property. | |
| | | 9/15/2021 | | | Duane Smith, Bovini Consultants, expert on reasonable and necessary costs to repair. | |
| | | 9/15/2021 | | | Debbie Scarlett, Travelers, the claims adjuster who will testify on the handling of the claim, etc. | |
| | | 9/15/2021 | | | Duwayne D. Crawford, Travelers, testifying on handling claim, file contents, and communications. | |
| | | 9/15/2021 | | | Traveler's Corp. Representative testifying on the policy, the decision letter, and claim procedures. | |
| | | 9/15/2021 | | | Howard Altschule, Certified Consulting Meteorologist and Testifying Expert for Plaintiff. | |
| | | 9/15/2021 | | | Chris Preston, PCC Builds, will testify to his inspection of the subject property. | |
| | | 9/15/2021 | | | Jack Werner, A to Z Commercial Inspections, inspected the property for damage. | |
| | | 9/15/2021 | | | Cord Werner, A to Z Commercial Inspections, inspected the property for damage. | |