# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GILBERT MEDICAL BUILDING LLC, and AKY MD GILBERT, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 20-CV-896-R |

## NOTICE OF SUBPOENA DUCES TECUM

Defendant Travelers Casualty Insurance Company of America hereby notifies Plaintiff that pursuant to Fed.R.Civ.P. 45, a subpoena will be served on:

Smart House Consultants
c/o Dana Parker
6444 NW Expressway, Ste. 836A
Oklahoma City, OK 73132

The subpoena is attached hereto as Exhibit 1.

Dated: September 16, 2021.

Respectfully submitted,

**TAYLOR, FOSTER, MALLETT, DOWNS, RAMSEY & RUSSELL**

s/Darrell W. Downs
STRATTON TAYLOR, OBA #10142
staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
ddowns@soonerlaw.com
MARK H. RAMSEY, OBA #11159
mramsey@soonerlaw.com
400 West Fourth Street
Post Office Box 309
Claremore, Oklahoma 74018-0309
Telephone:   918-343-4100
Facsimile:     918-343-4900
***Attorneys for Defendant, Travelers Casualty Insurance Company of America***