IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GILBERT MEDICAL BUILDING LCC, and AKY MD GILBERT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) CIV-20-896-R ) ) ) ) ) ) ) |

## ORDER

The Court hereby grants the plaintiff's Unopposed Motion to Continue the Trial Setting and current Scheduling Order deadlines. [Doc. 33].

Accordingly, the new deadlines are as follows:

1. The Trial docket is March 2022;

2. Plaintiff's Expert Disclosures extended to December 14, 2021;

3. Defendant's Witness and Exhibit List is extended to December 28, 2021;

4. Defendant's Expert Disclosures is extended to December 29, 2021;

5. Dispositive and Daubert motions is extended to January 13, 2022;

6. Discovery completed by February 1, 2022;

7. Designations of deposition testimony to be used at trial to be filed by February 17, 2022. Objections and counter-designations to be filed by February 24, 2022;

8. Motions in limine, requested voir dire and requested jury instructions to be filed by February 28, 2022. Objections or responses due within five days thereafter;

9. Final Pretrial Report, approved by all counsel, to be filed by February 28, 2022.

IT IS SO ORDERED this 22nd day of September 2021.

*[Signature]*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE