# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GILBERT MEDICAL BUILDING LLC, and AKY MD GILBERT, LLC, <br><br>    Plaintiff, <br><br> v. <br><br> TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, <br><br>    Defendant. | Case No. 20-CV-896-R |

## NOTICE OF SUBPOENA DUCES TECUM

Defendant Travelers Casualty Insurance Company of America hereby notifies Plaintiffs that pursuant to Fed.R.Civ.P. 45, a subpoena will be served on the following:

1. A to Z Commercial Inspections
2. A&S Commercial Roofing
3. Bovini Consultants
4. Forensic Weather Consultants

The subpoenas are attached hereto as Exhibit 1-4.

Dated: September 29, 2021.

Respectfully submitted,

**TAYLOR, FOSTER, MALLETT, DOWNS,
    RAMSEY & RUSSELL**

s/Darrell W. Downs
STRATTON TAYLOR, OBA #10142
staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
ddowns@soonerlaw.com
MARK H. RAMSEY, OBA #11159
mramsey@soonerlaw.com
400 West Fourth Street
Post Office Box 309
Claremore, Oklahoma 74018-0309
Telephone:    918-343-4100
Facsimile:    918-343-4900
***Attorneys for Defendant, Travelers
Casualty Insurance Company of America***