# Exhibit A

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GILBERT MEDICAL BUILDING LLC, and AKY MD GILBERT, LLC, <br><br>Plaintiff, <br><br>v. <br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, <br><br>Defendant. | Case No. 20-CV-896-R |

## NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 30, Defendant will take the deposition of Howard Altschule, to be held at the Marriott Hotel located at 189 Wolf Rd., Albany, NY 12205, on the 29th day of December, 2021 at 9:00 a.m. The deposition will take place before a notary public or another person authorized by law to administer oaths and shall be recorded by stenographic means and will continue from day-to-day until completed. You are invited to attend and examine.

DATED this 14th day of December, 2021.

1

Respectfully submitted,

**TAYLOR, FOSTER, MALLETT, DOWNS, RAMSEY & RUSSELL**

_____
STRATTON TAYLOR, OBA #10142
staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
ddowns@soonerlaw.com
JACOB R. DANIEL, OBA #32760
jdaniel@soonerlaw.com
MARK H. RAMSEY, OBA #11159
mramsey@soonerlaw.com
400 West Fourth Street
Post Office Box 309
Claremore, Oklahoma 74018-0309
Telephone:    918-343-4100
Facsimile:    918-343-4900
***Attorneys for Defendant, Travelers Casualty Insurance Company of America***