# Exhibit C

| | |
|---|---|
| **From:** | Terry M McKeever |
| **To:** | Andrew Spadoni |
| **Subject:** | FW: Gilbert |
| **Date:** | Wednesday, December 15, 2021 9:26:13 AM |
| **Attachments:** | image001.png |

See below.

**From:** Preston Dugas [mailto:preston@pjdlawfirm.com]
**Sent:** Thursday, December 09, 2021 9:07 AM
**To:** Darrell Downs; Jacob Daniel; Paige Broyles
**Cc:** Terry M McKeever
**Subject:** RE: Gilbert

Darrell,

Please make sure to include Terry. He's actually defending the deposition and is my co-counsel on this case.

Can we agree to conduct this one deposition via Zoom and all others in person?

Lastly, I do not represent Dr. Altschule. I will be responding to any subpoena though.

**Preston J. Dugas III**

Attorney



**1701 River Run, Suite 703**
**Fort Worth, TX 76107**
Tel: 817.945.3061 I Fax: 682.219.0761 I Email: preston@pjdlawfirm.com
www.pjdlawfirm.com
Follow us: LinkedIn | Facebook


The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Darrell Downs <DDowns@soonerlaw.com>
**Sent:** Thursday, December 9, 2021 8:49 AM
**To:** Preston Dugas <preston@pjdlawfirm.com>; Jacob Daniel <jdaniel@soonerlaw.com>; Paige

Broyles <pbroyles@soonerlaw.com>
**Subject:** Gilbert

Preston,

I need to get a subpoena out to Altschule if you are not representing him for the deposition so let me know.  Thanks.

Darrell

| | |
|---|---|
| **From:** | Terry M McKeever |
| **To:** | Andrew Spadoni |
| **Subject:** | FW: Altschule Deposition |
| **Date:** | Wednesday, December 15, 2021 9:26:56 AM |
| **Attachments:** | image003.png |
| | image004.png |
| | image005.png |

See below.

**From:** Preston Dugas [mailto:preston@pjdlawfirm.com]
**Sent:** Tuesday, December 07, 2021 9:43 AM
**To:** Darrell Downs; Jacob Daniel
**Cc:** Terry M McKeever
**Subject:** RE: Altschule Deposition

I don't like Zoom depositions either, and I'm not driving this ship. But, if you want to make all depositions via Zoom we can. I'm just telling you Dr. Altschule will not agree to conduct an in person deposition or at least that is what he's told Brianna.

**Preston J. Dugas III**
Attorney



**1701 River Run, Suite 703**
**Fort Worth, TX 76107**
Tel: 817.945.3061 I Fax: 682.219.0761 I Email: preston@pjdlawfirm.com
www.pjdlawfirm.com
Follow us: LinkedIn | Facebook

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Darrell Downs <DDowns@soonerlaw.com>
**Sent:** Tuesday, December 7, 2021 9:20 AM
**To:** Preston Dugas <preston@pjdlawfirm.com>; Jacob Daniel <jdaniel@soonerlaw.com>
**Subject:** Re: Altschule Deposition

I do not like Zoom depositions where there are the number of images in his report that will have to be discussed.  I will have to discuss this with my client  to determine how they want to proceed.

Be advised however, the goose/gander rule will apply. If only zoom depositions are allowed for Altschule then the same limitation will apply for all of the defendant's witnesses.

---

**From:** Preston Dugas <preston@pjdlawfirm.com>
**Date:** Tuesday, December 7, 2021 at 9:13 AM
**To:** Darrell Downs <DDowns@soonerlaw.com>
**Cc:** Jacob Daniel <jdaniel@soonerlaw.com>, Paige Broyles <pbroyles@soonerlaw.com>, Jen Saenz <jen@pjdlawfirm.com>, Terry M McKeever <tmm@fylaw.com>, Brianna Whitley <brianna@pjdlawfirm.com>
**Subject:** RE: Altschule Deposition

Darrell,

Dr. Altschule has informed us that he is only agreeing to depositions via Zoom at this time. Let me know if that's going to be an issue we need to work out with the Court.

**Preston J. Dugas III**
Attorney



**1701 River Run, Suite 703**
**Fort Worth, TX 76107**
Tel: 817.945.3061 I Fax: 682.219.0761 I Email: preston@pjdlawfirm.com
**MailScanner has detected a possible fraud attempt from "nam04.safelinks.protection.outlook.com" claiming to be**
www.pjdlawfirm.com
Follow us: LinkedIn | Facebook


The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Darrell Downs <DDowns@soonerlaw.com>
**Sent:** Monday, December 6, 2021 5:01 PM
**To:** Preston Dugas <preston@pjdlawfirm.com>
**Cc:** Jacob Daniel <jdaniel@soonerlaw.com>; Paige Broyles <pbroyles@soonerlaw.com>; Jen Saenz <jen@pjdlawfirm.com>; Terry M McKeever <tmm@fylaw.com>; Brianna Whitley

<brianna@pjdlawfirm.com>
**Subject:** Re: Altschule Deposition

Preston,

I will work on dates.

Does Dr. Altschule have a conference room we can use for his deposition or do we need to conduct the deposition in a court reporter's office? I do not suspect the deposition will last all that long if he testifies consistent with his report.

Let us know. Thanks.

Darrell

**From:** Preston Dugas <preston@pjdlawfirm.com>
**Date:** Monday, December 6, 2021 at 11:00 AM
**To:** Darrell Downs <DDowns@soonerlaw.com>
**Cc:** Jacob Daniel <jdaniel@soonerlaw.com>, Paige Broyles <pbroyles@soonerlaw.com>, Jen Saenz <jen@pjdlawfirm.com>, Terry M McKeever <tmm@fylaw.com>, Brianna Whitley <brianna@pjdlawfirm.com>
**Subject:** RE: Altschule Deposition

Darrell,

We want to take the Defendant's Corp Rep Deposition. Below are the topics. Can you please send dates in January?

a. the Insurance Policy at issue in this lawsuit.

b. Defendant's Claim decision for the insurance claim forming the basis of this lawsuit;

c. Defendant's estimating guidelines;

d. Training of adjusters in all aspects of the claims handling process for Claims made in Oklahoma from 2019 through 2021 including but not limited to how to determine if hail has caused damage;

e. Proper claims handling procedures for Claims made in Oklahoma from 2019 through 2021;

f. Traveler's opinion that the built up roof with gravel and standing seam metal roof did not sustained hail damage;

g. Traveler's opinion that the HVAC units can be repaired rather than needing to be replaced;

h. Traveler's criteria for determining the applicability of overhead and profit, including categories of items that were excluded from the application of overhead and profit

  in the preparation of estimates for Claims;

   i. All email and electronic communication systems used by Defendant in handling Claims in Oklahoma including the retention policies associated with these systems and the name and job description of each person with administrative access to the these systems.

**Preston J. Dugas III**
Attorney



**1701 River Run, Suite 703**
**Fort Worth, TX 76107**
Tel: 817.945.3061 I Fax: 682.219.0761 I Email: preston@pjdlawfirm.com
**MailScanner has detected a possible fraud attempt from "nam04.safelinks.protection.outlook.com" claiming to be**
www.pjdlawfirm.com
Follow us: LinkedIn | Facebook

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Darrell Downs <DDowns@soonerlaw.com>
**Sent:** Friday, December 3, 2021 12:15 PM
**To:** Preston Dugas <preston@pjdlawfirm.com>
**Cc:** Jacob Daniel <jdaniel@soonerlaw.com>; Paige Broyles <pbroyles@soonerlaw.com>; Jen Saenz <jen@pjdlawfirm.com>; Terry M McKeever <tmm@fylaw.com>; Brianna Whitley <brianna@pjdlawfirm.com>
**Subject:** Re: Altschule Deposition

Thanks Brianna!

Sent from my iPhone

  On Dec 3, 2021, at 11:54 AM, Preston Dugas <preston@pjdlawfirm.com> wrote:

  Brianna – we need to get this scheduled. Please make this a priority.