THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GILBERT MEDICAL BUILDING LLC, and AKY MD GILBERT, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIV-20-896-R |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

Plaintiff filed a Motion to Quash and For Protective Order Regarding Expert Howard Altschule (Doc. No. 39). Defendant shall respond to the motion not later than 12:00 p.m. on Tuesday December 21, 2021.

**IT IS SO ORDERED** this 17th day of December 2021.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE