Friday, December 17, 2021 at 10:18:33 Central Standard Time

**Subject:** Re: Altschule Deposition
**Date:** Monday, November 15, 2021 at 2:34:06 PM Central Standard Time
**From:** Darrell Downs
**To:** Preston Dugas
**CC:** Jacob Daniel, Paige Broyles, Jen Saenz, Terry M McKeever
**Attachments:** image001.png

EXHIBIT 5

Thanks Preston.

**From:** Preston Dugas <preston@pjdlawfirm.com>
**Date:** Monday, November 15, 2021 at 2:04 PM
**To:** Darrell Downs <DDowns@soonerlaw.com>
**Cc:** Jacob Daniel <jdaniel@soonerlaw.com>, Paige Broyles <pbroyles@soonerlaw.com>, Jen Saenz <jen@pjdlawfirm.com>, Terry M McKeever <tmm@fylaw.com>
**Subject:** RE: Altschule Deposition

Jen – please work with o/c and experts to get these depositions scheduled.

**Preston J. Dugas III**
Attorney



**1701 River Run, Suite 703**
**Fort Worth, TX 76107**
Tel: 817.945.3061 I Fax: 682.219.0761 I Email: preston@pjdlawfirm.com
www.pjdlawfirm.com
Follow us: LinkedIn | Facebook

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Darrell Downs <DDowns@soonerlaw.com>
**Sent:** Saturday, November 13, 2021 4:36 PM
**To:** Preston Dugas <preston@pjdlawfirm.com>
**Cc:** Jacob Daniel <jdaniel@soonerlaw.com>; Paige Broyles <pbroyles@soonerlaw.com>
**Subject:** Altschule Deposition

Preston,

I would like to get the deposition of Mr. Altschule scheduled for the week of December 6. Please give me some dates during that week or December 2 or 3 that will work. I also need dates for Kelly Parker's

deposition as well.

Thanks.

Darrell