

## AFFIDAVIT OF JACOB R. DANIEL

STATE OF OKLAHOMA )
) ss.
COUNTY OF ROGERS )

I, Jacob R. Daniel, being first duly sworn on oath, do hereby depose and state:

1. I am fully vaccinated against COVID-19 and received a "booster" shot according to CDC recommendations.

2. I am willing to follow CDC guidelines for any in-person deposition and wear the appropriate personal protection equipment and socially distance.

FURTHER AFFIANT SAITH NOT.

_____
Jacob R. Daniel

Subscribed and sworn to before me this 17th day of December, 2021.

_____
Notary Public

My Commission Expires: 10-14-2023

My Commission No.: 15009487

