## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| GILBERT MEDICAL BUILDING LLC, and AKY MD GILBERT, LLC, | |
|---|---|
| Plaintiff, | Case No. 20-CV-896-R |
| v. | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

### **DEFENDANT'S EXHIBIT LIST**

COMES NOW the Defendant, Travelers Casualty Insurance Company of America, and identifies the following as its list of exhibits:

### **EXHIBITS**

| No. | DESCRIPTION |
|---|---|
| 1. | Any documents produced by Travelers during discovery to which it does not otherwise object. |
| 2. | Travelers claim notes with redactions |
| 3. | Travelers Insurance Policy. Policy No. (put the correct number). |
| 4. | Travelers entire claim file as produced with redactions not otherwise objected to by Travelers. |
| 5. | Certain portions of the Deposition transcripts of any and all witnesses deposed |
| 6. | Weather reports for wind/tornado related events prior to or after Date of Loss |
| 7. | Weather radar events prior to, on, or after Date of Loss |
| 8. | Any documents produced by Plaintiff during discovery to which Travelers does not otherwise object |

| | |
|---|---|
| 9. | All written discovery responses to which Travelers does not otherwise object. |
| 10. | All documents identified in depositions or discovery not otherwise objected to by Defendant |
| 11. | All exhibits listed by Plaintiff not otherwise objected to by Defendant |
| 12. | All Rebuttal exhibits |
| 13. | All pleadings filed in this case not otherwise objected to by Defendant |
| 14. | Demonstrative exhibits |
| 15. | All documents produced by third parties to which Travelers does not otherwise object |
| 16. | CVs of Travelers' experts |
| 17. | Reports of Travelers' experts |
| | As discovery is ongoing, Defendant reserves the right to amend this exhibit list |

Respectfully submitted,

**TAYLOR, FOSTER, MALLETT, DOWNS, RAMSEY & RUSSELL**

s/Jacob R. Daniel
STRATTON TAYLOR, OBA #10142
staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
ddowns@soonerlaw.com
JACOB R. DANIEL, OBA #32760
jdaniel@soonerlaw.com
MARK H. RAMSEY, OBA #11159
mramsey@soonerlaw.com
400 West Fourth Street
Post Office Box 309
Claremore, Oklahoma 74018-0309
Telephone:   918-343-4100
Facsimile:   918-343-4900
***Attorneys for Defendant, Travelers Casualty Insurance Company of America***