## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

GILBERT MEDICAL BUILDING LLC,
and AKY MD GILBERT, LLC,

                  Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

                  Defendant.

Case No. 20-CV-896-R

## DEFENDANT'S WITNESS LIST

COMES NOW the Defendant, Travelers Casualty Insurance Company of America,

and identifies the following as its list of witnesses:

| | Witness | Testimony |
|---|---|---|
| 1. | Dr. James Gilbert, MD<br>c/o Plaintiff's Counsel | Facts and circumstances regarding Plaintiff's insurance claim |
| 2. | Ken Smart | Facts and circumstances regarding Plaintiff's insurance claim and maintenance of building |
| 3. | Corporate Representative<br>Gilbert Medical Building, LLC | |
| 4. | Corporate Representative<br>AKY MD Gilbert, LLC | |

| | **Witness** | **Testimony** |
|---|---|---|
| 5. | Duwayne Crawford<br>c/o Defense Counsel<br>PO Box 309<br>Claremore, OK 74018<br>918-343-4100 | Facts and circumstances regarding Plaintiff's insurance claim, adjustment of claim |
| 6. | Deborah Scarlett<br>c/o Defense Counsel<br>PO Box 309<br>Claremore, OK 74018<br>918-343-4100 | Facts and circumstances regarding Plaintiff's insurance claim, adjustment of claim |
| 7. | Coy Jennings<br>c/o Defense Counsel<br>PO Box 309<br>Claremore, OK 74018<br>918-343-4100 | Facts and circumstances regarding Plaintiff's insurance claim, adjustment of claim |
| 8. | Shawn O'Roark<br>c/o Defense Counsel<br>PO Box 309<br>Claremore, OK 74018<br>918-343-4100 | Facts and circumstances regarding Plaintiff's insurance claim, adjustment of claim |
| 9. | Steven Gray<br>Grayco<br>300 Ozark Trial Dr., Ste. 210<br>Ellisvile, MO | Retained expert witness. Will provide expert roofing and architectural opinions; observations from Rule 34 inspection, Rule 26 report. Education and experience testimony. |
| 10. | Dr. Jason Webster<br>AtmoSci<br>PO Box 16082<br>Chicago, IL 60616 | Retained expert witness. Will provide expert meteorology opinions; Rule 26 report. Education and experience testimony. |
| 11. | Anthony C. Milo<br>Madsen, Kneppers & Associates, Inc.<br>3651 Eldorado Parkway<br>McKinney, TX 75070 | Non-retained, hybrid fact/expert witness. Facts and circumstances regarding inspection, observations, etc. regarding Plaintiffs' insurance claim and subject building. Expert opinions. Education and experience testimony. |

| | **Witness** | **Testimony** |
|---|---|---|
| 12. | Former and present tenants of subject property not otherwise objected to by Defendant | |
| 13. | Appropriate records custodians if necessary | Authentication of documents, if necessary |
| 14. | All witnesses identified through discovery not otherwise objected to by Defendant | |
| 15. | Any witnesses identified in any deposition or discovery response not otherwise objected to by Defendant | |
| 16. | All witnesses listed by Plaintiffs not otherwise objected to by Defendant | |
| | Defendant reserves the right to amend this list as discovery is still ongoing | |

Respectfully submitted,

TAYLOR, FOSTER, MALLETT, DOWNS,
    RAMSEY & RUSSELL

s/Darrell W. Downs
STRATTON TAYLOR, OBA #10142
staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
ddowns@soonerlaw.com
JACOB R. DANIEL, OBA #32760
jdaniel@soonerlaw.com
MARK H. RAMSEY, OBA #11159
mramsey@soonerlaw.com
400 West Fourth Street
Post Office Box 309
Claremore, Oklahoma 74018-0309
Telephone:   918-343-4100
Facsimile:     918-343-4900
*Attorneys for Defendant, Travelers*
*Casualty Insurance Company of America*