# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GILBERT MEDICAL BUILDING LLC, and AKY MD GILBERT, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>         Defendant. | Case No. 20-CV-896-R |

## **JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES**

COME NOW the parties, Gilbert Medical Building, LLC, AKY MD Gilbert, LLC, and Travelers Casualty Insurance Company of America, and jointly apply to the Court for a ninety (90) day extension of time for the remaining scheduling deadlines in this case. In support hereof, the parties would show the Court the following:

1. This is a joint application.

2. Two previous extensions of time have been sought by the parties.

3. The granting of this motion will impact the scheduled trial of this case.

4. The granting of this motion will result in new deadlines of the following:

| Deadline | Current Deadline | Requested Deadline |
|---|---|---|
| Dispositive and *Daubert* motions | 1/13/2022 | 4/13/2022 |
| Discovery | 2/1/2022 | 5/2/2022 |

1

| Deadline | Current Deadline | Requested Deadline |
|---|---|---|
| Designations of deposition testimony to be used at trial to be filed by: | 2/17/2022 | 5/18/2022 |
| Objections and counter-designations to be filed by: | 2/24/2022 | 5/25/2022 |
| Motions in Limine (objections to be filed within 5 days) | 2/28/2022 | 5/30/2022 |
| Requested Voir Dire (objections to be filed within 5 days) | 2/28/2022 | 5/30/2022 |
| Requested Jury Instructions (objections to be filed within 5 days) | 2/28/2022 | 5/30/2022 |
| Final Pretrial Report | 2/28/2022 | 5/30/2022 |
| **PRE-TRIAL CONFERENCE** | | to be set by Court |
| **TRIAL** | **March 08, 2022 at 9:00 a.m.** | to be set by Court |

5.   This motion is not made for purposes of delay, but rather because the parties are currently engaged in discovery with multiple depositions scheduled or in the process of being scheduled. The extension of the existing deadlines is sought to allow the parties an opportunity to complete necessary discovery for additional evaluation of this case and due to the difficulty of scheduling depositions during the holiday season and COVID-19 pandemic.

6.   The parties have agreed to a private mediation with the anticipated mediation taking place in February 2022. The granting of this motion will facilitate a greater likelihood of success in the mediation.

WHEREFORE, premises considered, the parties respectfully request the instant Joint Motion for Extension of Scheduling Order Deadlines be granted.

Respectfully submitted,

**TAYLOR, FOSTER, MALLETT, DOWNS,
   RAMSEY & RUSSELL**

s/Jacob R. Daniel
STRATTON TAYLOR, OBA #10142
staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
ddowns@soonerlaw.com
JACOB R. DANIEL, OBA #32760
jdaniel@soonerlaw.com
MARK H. RAMSEY, OBA #11159
mramsey@soonerlaw.com
400 West Fourth Street
Post Office Box 309
Claremore, Oklahoma 74018-0309
Telephone:    918-343-4100
Facsimile:    918-343-4900
***Attorneys for Defendant, Travelers Casualty Insurance Company of America***

and

**FOSHEE & YAFFE LAW FIRM**

*/s/* Terry M. McKeever
Terry M. McKeever, OBA #21751
tmm@fylaw.com
P.O. Box 890420
Oklahoma City, OK 73189
Telephone:  (405) 632-6668
Facsimile:   (405) 632-3036
***Attorney for Plaintiff AKY MD Gilbert, LLC***

3

**PRESTON DUGAS LAW FIRM, PLLC**

s/Preston J. Dugas III
Preston J. Dugas III
1701 River Run, Suite 703
Fort Worth, TX 76107
(817)945-3061
preston@pjdlawfirm.com
*Attorney for Plaintiff Gilbert Medical Building, LLC*