## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GILBERT MEDICAL BUILDING LLC, and AKY MD GILBERT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 20-CV-896-R |

## ORDER

Upon consideration, the parties' Joint Motion for Extension of Scheduling Order Deadlines [Doc. No. 46] is hereby granted as modified by the Court. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS THEREFORE ORDERED that new deadlines are established as follows:

| **Deadline** | **Requested Deadline** |
|---|---|
| Dispositive and *Daubert* motions | 4/1/2022 |
| Discovery | 5/2/2022 |
| Designations of deposition testimony to be used at trial to be filed by: | 5/18/2022 |
| Objections and counter-designations to be filed by: | 5/25/2022 |
| Motions in Limine (objections to be filed within 5 days) | 5/31/2022 |
| Requested Voir Dire (objections to be filed within 5 days) | 5/31/2022 |
| Requested Jury Instructions (objections to be filed within 5 days) | 5/31/2022 |
| Final Pretrial Report | 5/31/2022 |
| **TRIAL** | June, 2022 |

Unless otherwise ordered, all other provisions of the initial Scheduling Order entered September 22, 2021 remain in place.

IT IS SO ORDERED this 5th day of January 2022.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE