IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GILBERT MEDICAL BUILDING LLC, and AKY MD GILBERT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 20-CV-896-R |

**DEFENDANT'S UNOPPOSED MOTION TO FILE OBJECTIONS TO PLAINTIFFS' FINAL EXHIBIT LIST OUT OF TIME**

COMES NOW Travelers Casualty Insurance Company of America ("Travelers") and moves this Court for permission to file its objections to Plaintiffs' Exhibit List out of time.

1. Counsel for Travelers discussed this Motion with Plaintiffs' counsel and there is no objection.

2. Plaintiffs filed their final witness and exhibit lists on December 14, 2021, [Dkt. 37] with Defendant required to file its objections December 28, 2021. The objections were not filed timely due to a docketing error.

3. The granting of this motion will not impact the scheduled trial of this case.

4. The parties are currently scheduled for mediation in February.

1

WHEREFORE, premises considered, Defendant Travelers respectfully asks the Court to permit untimely filing of its objections to Plaintiffs' Exhibit List [Dkt. 37].

Respectfully submitted,

**TAYLOR, FOSTER, MALLETT, DOWNS, RAMSEY & RUSSELL**

s/Darrell W. Downs
STRATTON TAYLOR, OBA #10142
staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
ddowns@soonerlaw.com
JACOB R. DANIEL, OBA #32760
jdaniel@soonerlaw.com
MARK H. RAMSEY, OBA #11159
mramsey@soonerlaw.com
400 West Fourth Street
Post Office Box 309
Claremore, Oklahoma 74018-0309
Telephone:   918-343-4100
Facsimile:    918-343-4900
***Attorneys for Defendant, Travelers Casualty Insurance Company of America***