# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GILBERT MEDICAL BUILDING LLC, and AKY MD GILBERT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 20-CV-896-R |

## **ORDER**

Upon consideration, Defendant's Unopposed Motion to File Objections to Plaintiffs' Final Exhibit List Out of Time [Doc. No. 49] is hereby GRANTED.

IT IS THEREFORE ORDERED that Defendant is to file its objections to Plaintiffs' Final Exhibit List by January 21, 2022.

IT IS SO ORDERED this 14th day of January 2022.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE