IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GILBERT MEDICAL BUILDING LLC, and<br>AKY MD GILBERT, LLC,<br>    Plaintiff,<br><br>vs.<br><br><br>TRAVELERS CASUALTY INSURANCE<br>COMPANY OF AMERICA,<br>    Defendant. | § § § § § § § § § § | Case No. 5:20-cv-00896-R |

## NOTICE OF FIRM NAME CHANGE

Please take notice that effective January 10, 2022, the law firm of Preston Dugas Law Firm, PLLC has changed its name to Dugas, Cheek & Circelli, PLLC. The law firm's address will remain as follows:

> Dugas, Cheek & Circelli, PLLC
> 1701 River Run, Suite 703
> Fort Worth, TX 76107
> Tel: (817) 945-3061
> Fax: (682) 219-0761

Please update your records to reflect this change.

Respectfully submitted,

**DUGAS, CHEEK & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone:    (817) 945-3061
Facsimile:    (682) 219-0761

By:    */s/Preston J. Dugas III*
       Preston J. Dugas III
       State Bar No. 24050189
       pdugas@dcclawfirm.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on the below-named attorneys at the below stated address on this the 14th day of January 2022.

*via electronic service*
Darrell W. Downs
State Bar No. 12272
ddowns@soonerlaw.com
Mark Ramsey
State Bar No. 11159
mramsey@soonerlaw.com
Jacob Daniel
State Bar No. 32760
jdaniel@soonerlaw.com

400 West Fourth Street
Post Office Box 309
Claremore, Oklahoma 74018-0309
Telephone:     (918) 343-4100
Facsimile:       (918) 343-4900

**ATTORNEYS FOR DEFENDANT**


*/s/ Preston J. Dugas III*
Preston J. Dugas III