IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GILBERT MEDICAL BUILDING LLC, and AKY MD GILBERT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 20-CV-896-R |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(2)(A)(ii), Plaintiffs, Gilbert Medical Building, LLC and AKY MD Gilbert, LLC, and Defendant Travelers Casualty Insurance Company of America, hereby stipulate to the dismissal of the above-entitled action with prejudice to the refiling thereof. Each side is to bear its own costs and fees.

Respectfully submitted,

_____
Alex Yaffe, OBA #21063
Terry M. McKeever, OBA #21751
P.O. Box 890420
Oklahoma City, OK 73189
Telephone: (405) 632-6668
Facsimile: (405) 632-3036

and

1

          Preston J. Dugas, III, Texas Bar #24050189
          Admitted Pro Hac Vice
          1701 River Run, Suite 703
          Fort Worth, TX 76107
          Telephone: (817) 945-3061
          Facsimile: (682) 219-0761
          ***Attorneys for Gilbert Medical Building LLC, and AKY MD Gilbert, LLC***